IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ADA BUNDY | : | BANKRUPTCY NO: 19-12537-AMC |
| | : | |
| | : | HEARING DATE: JULY 30, 2019 |
| Debtor | : | AT 11:00 A.M. COURTROOM 4 |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PA 19107 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Corestates Group, LLC has filed a Motion for IN REM Relief from the Automatic Stay of 11 U.S.C. Section 362 and for Special Relief (the "Motion") with the Court seeking an Order allowing them to exercise any and all legal rights and remedies with respect to the premises located at 6608 North Smedley Street, Philadelphia, PA 19126.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before JULY 25, 2019 you or your attorney must do the following:

(a)     file an answer explaining your position at:

Clerk United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)     mail a copy to the movant's attorney at:

Howard G. Ford, Esquire
4256 Castor Avenue
Philadelphia, PA 19124

2. If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashley M. Chan, United States Bankruptcy Judge on **JULY 30, 2019 at 11:00 a.m** in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: July 1, 2019