# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| | : | |
| ADA BUNDY | : | BANKRUPTCY NO: 19-12537-AMC |
| | : | |
| | : | HEARING DATE: JULY 30, 2019 |
| Debtor | : | AT 11:00 A.M. COURTROOM 4 |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PA 19107 |

## PRAECIPE TO WITHDRAW MOTION FOR IN REM RELIEF

Erion Real Estate Investors, LLC, by and through its undersigned counsel hereby requests that its Motion for In Rem relief be withdrawn without prejudice.

**HOWARD G. FORD, ESQUIRE, P.C.**

BY: *Howard G. Ford, Esquire*
_____
**Howard G. Ford, Esquire**

**Dated:  July 29, 2019**